United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Russell Dean Mayer
     Debtor

Case No. 10-30561-sr
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Denine | Page 1 of 1 | Date Rcvd: Mar 27, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
db      +Russell Dean Mayer,   126 Elderberry Drive,   Levittown, PA 19054-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      J. TODD BUCKLEY SAVARESE   on behalf of Creditor   Bucks First Federal Credit Union f/k/a Bucks County Schools FCU todd@savareselaw.com, toddsav@verizon.net
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JP Morgan Chase Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MICHAEL SETH SCHWARTZ   on behalf of Debtor Russell Dean Mayer msbankruptcy@verizon.net
      PETER J. MULCAHY   on behalf of Creditor   JP Morgan Chase Bank, National Association paeb@fedphe.com
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      THOMAS R. WASKOM   on behalf of Creditor   RBS CITIZENS N.A. kbell@hunton.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Russell Dean Mayer | : | Bankruptcy No. 10-30561 |
| | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 2-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE
**STEPHEN RASLAVICH**

Dated:    **Dated: March 27, 2017**